*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD GARBER,<br><br>    Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; AXIUM INTERNATIONAL, INC. GROUP EMPLOYEE BENEFIT PLAN; DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. CV 11-08080-GW(MANx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>**[Filed concurrently with Stipulation to Dismiss Action with Prejudice]** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice in its entirety. Each party is to bear their own costs and attorney's fees.

DATED: April 12, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE